# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:07CR50

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| GREGORY STEVEN MULL, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

THIS CAUSE coming before the undersigned, pursuant to a Motion to Continue (#8) filed herein by defendant's counsel, Calvin E. Coleman, and it appearing to the court that good cause has been shown for the granting of a continuance for an arraignment and detention hearing that had been originally scheduled for June 15, 2007, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Continue (#8) of the defendant in the above entitled cause be **ALLOWED** and will be continued for the defendant until June 18, 2007.

Signed: June 18, 2007

Dennis L. Howell
United States Magistrate Judge