# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:07CR50

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| GREGORY STEVEN MULL ) | |

**THIS MATTER** is before the Court on Defendant's motion to withdraw his plea, made pursuant to the Amended Plea Agreement filed herein, and entered before the Magistrate Judge on October 25, 2007.

The Court finds for the reasons stated in Defendant's motion and the Government having no objection to the relief sought,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to withdraw his plea is **ALLOWED,** and the Defendant is allowed to withdraw his plea entered pursuant to the terms of the Amended Plea Agreement filed herein.

**IT IS FURTHER ORDERED** that upon the filing of the Second Amended Plea Agreement, this matter is respectfully referred to the Magistrate Judge for a second Rule 11 hearing.

Signed: January 30, 2008

Lacy H. Thornburg
United States District Judge